374 A.2d 709

Commonwealth v. Reed, Appellant.

Argued April 11, 1977. James H. Stratton, Jr., Assistant Public Defender, for appellant; John J. Kuzmiak, Assistant District Attorney, with him D. Gerard Long, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court requiring payment of fine, costs, and restitution by appellant is reversed. See, *In the Interest of Ernest Evans*, 246 Pa. Super. 430, 371 A.2d 914 (1977). See also, *Gillen Appeal*, 236 Pa.Super. 521, 344 A.2d 706 (1975).

VAN der VOORT, J., absent.

374 A.2d 709

Commonwealth v. Relosky, Appellant.

Argued March 21, 1977. Mel D. Kardos, Assistant Public Defender, with him Martin J. King, Public Defender, for appellant; Stephen B. Harris, First Assistant District Attorney, with him Kenneth G. Biehn, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.